[No. 29852-6-I.   Division One.   December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-01553-1, Terrence A. Carroll, J., entered September 19, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Agid, J.

[No. 31114-0-I.   Division One.   December 13, 1993.]

*In the Matter of the Marriage of* MARIE LOUISE ERNEST, *Respondent, and* LAURENCE J. ERNEST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-18624-5, J. Kathleen Learned, J., entered June 25, 1992. *Reversed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Agid, JJ.

[No. 29503-9-I.   Division One.   December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TODA M. ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-03683-9, Steven M. Gaddis, J. Pro Tem., entered October 23, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 29606-0-I.   Division One.   December 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL LEFFEL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00287-1, Byron L. Swedberg, J., entered November 15, 1991. *Affirmed* by unpublished per curiam opinion.